O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS EYEWEAR, LLC,<br><br>             Plaintiff,<br>     v.<br><br>LUXURY EYEWEAR BOUTIQUE;<br>OPITCSFAST, INC.;<br>OPTICSFAST.COM; DOES 1–10,<br><br>             Defendants. | Case No. 2:13-cv-06443-ODW(Ex)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE. ENTRY OF DEFAULT** |

On September 3, 2013, Plaintiff Chrome Hearts Eyewear, LLC filed suit against Defendants. (ECF No. 1.) On December 10, 2013, Chrome Hearts served Defendant Luxury Eyewear Boutique via its principal, Vachik Chakhbazian. (ECF No. 2.) Since Luxury Eyewear Boutique never answered or otherwise responded to the Complaint, on January 2, 2014, the Court issued an Order to Show Cause why Chrome Hearts had not moved for entry of default with the Clerk of Court. (ECF No. 11.)

On January 8, 2014, Chrome Hearts responded to the Order. (ECF No. 12.) Chrome Hearts represents that the parties are actively engaged in negotiating a written settlement, which would result in Defendants removing Chrome Hearts's products from the OpticsFast.com website. Plaintiff therefore requests that the Court continue the Order to Show Cause for an additional 30 days.

It is certainly always preferable for the parties to work out an amicable solution themselves—especially a solution that achieves what the plaintiff sought in filing the action in the first place.  According to Chrome Hearts, that is just what is occurring here.

In the interest of encouraging settlement, the Court **CONTINUES** the Order to Show Cause, and **ORDERS** Chrome Hearts to **SHOW CAUSE** by **Monday, February 10, 2014**, why it has not moved for entry of default with the Clerk.  No hearing will be held.  The Court will discharge this Order upon a timely voluntary-dismissal notice or request for entry of default filed with the Clerk.

**IT IS SO ORDERED.**

January 9, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**